**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 26, 2020

Mr. Philip M. Koppe
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

RE:  20-2030  Shannon Agofsky v. United States

Dear Counsel:

A motion for permission to file a successive habeas has been filed and assigned the caption and case number shown above.  A copy of the motion is attached.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your response to the motion is due within fourteen days of your receipt of this letter. Please serve a copy of your response on movant. Further information about the court's procedures in successive habeas proceedings is contained in Eighth Circuit Rule 22B "Second or Successive Habeas Corpus and Section 2255 Proceedings."

Upon receipt of your response, the matter will be referred to the court for a ruling.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

CMH
Enclosure(s)

cc:    Mr. Shannon Wayne Agofsky
       Ms. Jennifer A. Merrigan
       Ms. Claudia Van Wyk

       District Court/Agency Case Number(s):

**Caption For Case Number:   20-2030**

Shannon Wayne Agofsky

       Petitioner

v.

United States of America

       Respondent

**Addresses For Case Participants:   20-2030**

Mr. Philip M. Koppe
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Mr. Shannon Wayne Agofsky
U.S. PENITENTIARY
06267-045
P.O. Box 33
Terre Haute, IN  47808-0033

Ms. Jennifer A. Merrigan
PHILIPS BLACK PROJECT
Suite 510
1901 S. Ninth Street
Phildelphia, PA  19148

Ms. Claudia Van Wyk
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000