**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

**THE UNITED STATES OF AMERICA,**
      **Respondent,**

                                  **No. 92-05006-01/02-CR-S-4**

      **v.**

**SHANNON WAYNE AGOFSKY**
      **Movant.**

**ORDER**

Shannon Wayne Agofsky, by undersigned counsel, having filed a Motion to Vacate, pursuant to 28 U.S.C. § 2255, his conviction under 28 U.S.C. § 924(c) (Count 3), and the Court having considered the parties' pleadings and all prior proceedings, it is hereby ORDERED that the motion is GRANTED. The conviction under Count 3 is VACATED.

                                         _____