# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,    )
    Respondent,             )
                              )
v.                         )    No.  **20-2030**
                              )
                              )
SHANNON WAYNE AGOFSKY,    )
    Movant.              )

## PETITIONER'S MOTION TO FILE OVERLENGTH PETITION
## FOR AUTHORIZATION TO FILE SUCCESSIVE
## § 2555 MOTION

Movant, Shannon Wayne Agofsky, through counsel, respectfully requests that this Court grant him permission to submit an over-length *Petition for Authorization to File a Successive Motion Under 28 U.S.C. § 2255(h)*. In support of his request, Movant states as follows.

1.      Contemporaneously with this motion, Mr. Agofsky has filed a *Petition for Authorization*. He seeks to challenge his conviction for using a firearm during and in relation to a "crime of violence" in violation of 18 U.S.C. § 924(c). Specifically, Mr. Agofsky seeks to challenge his § 924(c) conviction based on *Johnson v. United States*, 576 U.S. ___, 135 S. Ct. 2551 (2015), and *United States v. Davis*, ___ U.S. ___, 139 S. Ct. 2319 (2019).

2.     Eighth Circuit Local Rule 22B(d) limits a petition for authorization to file a second or successive § 2255 motion to 20 pages.

3.     Mr. Agofsky's *Petition* is 24 pages long.  He seeks this Court's permission to submit an overlength pleading because of the complex procedural history of his case and the complex statutory structure of the offense of conviction. Specifically, to resolve the issues necessary to perform its gatekeeping function under 28 U.S.C. § 2255(h), the Court will need information about Mr. Agofsky's earlier efforts to secure relief after *Johnson* but before *Davis*.  Furthermore, the Court will need to construe case law implicating three separate subsections of the bank robbery statute, 18 U.S.C. § 2113(a), (d), and (e), and also assess whether earlier panel decisions on some of the legal issues trump later, conflicting panel decisions. Mr. Agofsky's effort to provide a complete argument that will assist the Court in performing these tasks has required a 24-page submission.

# CONCLUSION

WHEREFORE, Mr. Agofsky respectfully requests that this Court grant him permission to file an overlength *Petition for Authorization* of 24 pages.

Respectfully submitted,

/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
The Phillips Black Project
1901 South 9th Street, 501
Philadelphia, PA 19148
Telephone (888) 532-0897
Facsimile (888) 543-4964

*Counsel for Shannon Agofsky*

May 22, 2020

CLAUDIA VAN WYK
PA Bar # 95130
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826

*Of Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May, 2020, a copy of the foregoing pleading was delivered via electronic filing to Timothy A. Garrison, United States Attorney, Western District of Missouri, Charles Evans Whittaker Courthouse, 400 East 9th Street, Suite 5510, Kansas City, MO 64106-2637.

/s/ Jennifer Merrigan
Jennifer Merrigan