## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/22/2020

**Case Name:**    Shannon Agofsky v. United States
**Case Number:**  20-2030

**Docket Text:**
MOTION to file overlength successive habeas petition, filed by Attorney Ms. Jennifer A. Merrigan for Petitioner Mr. Shannon Wayne Agofsky w/service 05/26/2020. [4916329] [20-2030]

**The following document(s) are associated with this transaction:**
Document Description:  Motion to file overlength shc petition

**Notice will be mailed to:**

Mr. Shannon Wayne Agofsky
U.S. PENITENTIARY
06267-045
P.O. Box 33
Terre Haute, IN  47808-0033

**Notice will be electronically mailed to:**

Mr. Philip M. Koppe: Phil.Koppe@usdoj.gov,
usamow.Appellate@usdoj.gov,CaseView.ECF@usdoj.gov
Ms. Jennifer A. Merrigan: j.merrigan@phillipsblack.org, jenmerrigan@gmail.com
Ms. Claudia Van Wyk: claudia_vanwyk@fd.org, tina_decandia@fd.org,magda_watson@fd.org