# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Shannon Agofsky _____ vs. United States of America _____

**The Clerk will enter my appearance as Counsel in Appeal No.** 20-2030 _____ for the following party(s): (please specify)

United States of America

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Casey Clark _____ s/: Casey Clark _____

Firm Name: U.S. Attorney's Office _____

Business Address: 901 E. St. Louis, Ste. 500 _____

City/State/Zip: Springfield, MO 65806 _____

Telephone Number (Area Code): 417-831-4406 _____

Email Address: Casey.Clark@usdoj.gov _____

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 5/27/20 _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: