UNITED STATES OF AMERICA,  )
  Respondent,      )
             )
  v.         )   No. 20-2030
             )
SHANNON WAYNE AGOFSKY,  )
  Movant.       )
             )

**PETITIONER'S MOTION TO FILE REPLY IN SUPPORT OF
PETITION FOR AUTHORIZATION TO FILE
SUCCESSIVE § 2555 MOTION**

Movant, Shannon Wayne Agofsky, through counsel, respectfully requests that

this Court grant him permission to submit a reply to the government's *Suggestions in*

*Opposition* to his *Petition for Authorization to File a Successive Motion Under 28*

*U.S.C. § 2255(h)*. In support of his request, Movant states as follows:

This Court's Local Rule 22B does not specifically provide for a reply in

support of a petition for authorization to file a successive § 2255 motion. In this

case, however, the government's *Opposition* ignores settled Supreme Court

precedent and advances non-responsive arguments. Mr. Agofsky accordingly

requests permission to submit a five-page reply in support of his *Petition*. Mr.

Agofsky submits his proposed reply with this motion as Exhibit A.

# CONCLUSION

WHEREFORE, Mr. Agofsky respectfully requests that this Court grant him permission to file a reply in support of his *Petition for Authorization*.

Respectfully submitted,

/s/ Jennifer Merrigan

JENNIFER MERRIGAN
MO Bar #56733
The Phillips Black Project
1901 South 9th Street, 501
Philadelphia, PA 19148
Telephone (888) 532-0897
Facsimile (888) 543-4964

CLAUDIA VAN WYK
PA Bar # 95130
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826

*Counsel for Shannon Agofsky*

*Of Counsel*

Dated:  June 10, 2020

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 159 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

/s/ Jennifer Merrigan
Jennifer Merrigan

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2020, a copy of the foregoing pleading was delivered via electronic filing to:

CASEY CLARK
Assistant United States Attorney
901 East St. Louis Street, Suite 500
Springfield, Missouri 65806
Telephone: (417) 831-4406

/s/ Jennifer Merrigan
Jennifer Merrigan