# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2030
_____

Shannon Wayne Agofsky

Petitioner

v.

United States of America

Respondent

---

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(6:97-cv-03199-RGC)
(3:92-cr-05006-RED-1)

---

## JUDGMENT

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

Agofsky's motions for leave to file an overlength motion and for leave to file a reply are

granted. Agofsky's motion for authorization to file a successive motion under 28 U.S.C. § 2255

has been considered by the court and is denied.

June 30, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans