# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 30, 2020

Ms. Jennifer A. Merrigan
PHILIPS BLACK PROJECT
Suite 510
1901 S. Ninth Street
Phildelphia, PA  19148

RE:  20-2030  Shannon Agofsky v. United States

Dear Counsel:

Enclosed is a dispositive order entered today at the direction of the court.

Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

Michael E. Gans
Clerk of Court

LMT

Enclosure(s)

cc:  Mr. Shannon Wayne Agofsky
     Mr. Casey M. Clark
     Mr. Randall D. Eggert
     Mr. Philip M. Koppe
     Ms. Claudia Van Wyk
     Ms. Paige A. Wymore-Wynn

District Court/Agency Case Number(s):  6:97-cv-03199-RGC
                                        3:92-cr-05006-RED-1