# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2030

Shannon Wayne Agofsky

Petitioner

v.

United States of America

Respondent

---

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(6:97-cv-03199-RGC)
(3:92-cr-05006-RED-1)

---

## MANDATE

In accordance with the judgment of 06/30/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 30, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit